

§AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

CHRISHA CREATIONS, LTD.

V.

GEMMY INDUSTRIES CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 01185**

TO: (Name and address of Defendant)

GEMMY INDUSTRIES CORPORATION
2111 W. Walnut Hill Lane
Irving, TX 75038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Celeste M. Butera, Esq.
RIVKIN RADLER, LLP
926 REXCORP PLAZA
UNIONDALE, NEW YORK 11553

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    FEB 0 5 2008

CLERK _____      DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-15-08 @ 1:11 pm |
| NAME OF SERVER (PRINT) Emilio Herrera, Jr. | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Gemmy Industries Corporation by delivering to David McIntyre, it's registered agent at 117 Wrangler Drive, Coppell, Texas 75019

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 105.00 | TOTAL $0.00  105.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-15-08
             Date

Signature of Server

Emilio Herrera, Jr.
Supreme Court No. SC000000610

Address of Server

Lawyers Civil Process, Inc.
400 S. Houston Street, Suite 105
Dallas, Texas 75202

Subscribed and sworn to before me this 18th day of Feb., 2008.

Notary Public

MELISSA WOOLEY
MY COMMISSION EXPIRES
December 4, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.