AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

## APPEARANCE

Case Number:  08 CV 01185

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

all proceedings for the entire case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/28/2008 | _Tony V. Pezzano_ |
| Date | Signature |
| | Tony Pezzano      (TVP 2058) |
| | Print Name      Bar Number |
| | One World Financial Center |
| | Address |
| | New York    New York    10282 |
| | City    State    Zip Code |
| | (212) 504-6350    (212) 504-6666 |
| | Phone Number    Fax Number |