AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number: 08 CV 01185

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

all proceedings for the entire case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/28/2008 | *signature* |
| Date | Signature |
| | Bartholomew Verdirame (BV 2351) |
| | Print Name / Bar Number |
| | One World Financial Center |
| | Address |
| | New York / New York / 10282 |
| | City / State / Zip Code |
| | (212) 504-6645 / (212) 504-6666 |
| | Phone Number / Fax Number |