AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08 cv 1185 (LBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gemmy Industries, Corp.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/6/2008 | *[signature]* |
| Date | Signature |
| | Matthew T. McLaughlin     MM 6241 |
| | Print Name     Bar Number |
| | 1270 Avenue of the Americas, 25th Fl |
| | Address |
| | New York     New York     10020 |
| | City     State     Zip Code |
| | (212) 307-5500     (212) 307-5598 |
| | Phone Number     Fax Number |