UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISHA CREATIONS, LTD.,

Plaintiff,

-v-

GEMMY INDUSTRIES CORP.,

Defendant.

Case No. 08cv1185 (LBS)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____GEMMY INDUSTRIES CORP.,_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

- NONE -

**Date:** March 6, 2008

Signature of Attorney

**Attorney Bar Code:** GG 2857