Gregory W. Gilliam
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Tel: (212) 307-5500
Attorneys for Defendants Gemmy Industries Corp.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
CHRISHA CREATIONS, LTD.,

                Plaintiff,

                V.

GEMMY INDUSTRIES CORP.,

                Defendant.
------------------------------------------------------------ X

Case No. 08cv01185 (MGC)

## MOTION FOR *PRO HAC VICE* ADMISSION OF WILLIAM D. COSTON

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Gregory W. Gilliam, a member in good standing of the bar of this Court, hereby move for an order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | William D. Coston |
| Firm Name: | Venable LLP |
| Address: | 575 7th Street, N.W. |
| City/State/Zip: | Washington, DC 20004 |
| Phone Number: | 202-344-4813 |
| Fax Number: | 202-344-8300 |

Mr. Coston seeks to appear as counsel on behalf of the defendant Gemmy Industries Corp. in this action and in all related matters.

Mr. Coston is and has been a member in good standing of the bar of the District of Columbia and has no pending disciplinary proceedings against him in any state or federal court.

Dated:   New York, New York
         July 9, 2008

                                        Respectfully submitted,

                                        VENABLE LLP

                                        By: _____
                                        Gregory W. Gilliam (GG2857)
                                        Rockefeller Center
                                        1270 Avenue of the Americas, 25th Floor
                                        New York, New York  10020
                                        Tele.: (212) 307-5500
                                        Fax: (212) 307-5598

                                        *Counsel for Gemmy Industries Corp.*

Gregory W. Gilliam
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Tel: (212) 307-5500
Attorneys for Defendants Gemmy Industries Corp.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
CHRISHA CREATIONS, LTD.
                              Plaintiff,

v.

GEMMY INDUSTRIES CORP.

                              Defendant.
------------------------------------------------------------ X

Case No. 08cv01185 (MGC)

### DECLARATION OF GREGORY W. GILLIAM IN SUPPORT OF MOTION TO ADMIT WILLIAM D. COSTON TO PRACTICE *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, Gregory W. Gilliam, declares as follows:

1. I am an attorney admitted to practice before this Court and am an associate at Venable LLP, counsel for Gemmy Industries Corp. ("Gemmy"). I am familiar with the proceedings of this case. I make this declaration in support of defendant's motion to admit William D. Coston *pro hac vice* as counsel to represent Gemmy in this action and in all related matters.

2. I am a member of good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Coston is a partner in the Washington, D.C. office of Venable LLP, 575 7th Street, N.W., Washington, D.C. 20004. Upon information and belief, Mr.

Coston is and has been a member in good standing of the bar of the of the District of Columbia and has no pending disciplinary proceedings against him in any state or federal court.

4. Mr. Coston has read and is familiar with (a) the provisions of the Judicial Code (Title 28 U.S.C.), which pertains to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Evidence; (d) the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; (e) the New York State Lawyer's Code of Professional Responsibility as adopted from time to time by the Appellate Divisions of the State of New York; and (f) the code of Professional Responsibility of the American Bar Association.

5. If admitted to practice before this Court, Mr. Coston will faithfully adhere to all rules applicable to his conduct in connection with his activities representing defendant in this matter.

6. Mr. Coston agrees to pay the fee of $25.00 upon filing of this motion to practice *pro hac vice* in this action. Mr. Coston's telephone number is (202) 344-4813.

7. Mr. Coston's Certificate of Good Standing from the Clerk of the District of Columbia Court of Appeals is attached hereto as Exhibit A.

8. I respectfully submit a proposed order granting the admission *pro hac vice* of William D. Coston as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
      July 9, 2008

                                                Gregory W. Gilliam (GG2857)



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**WILLIAM D. COSTON**

was on the 12TH day of JULY, 1979 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 16, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ Charles
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISHA CREATIONS, LTD.,

                     Plaintiff,

              V.

GEMMY INDUSTRIES CORP.,

                     Defendant.
------------------------------------------------------------ X

Case No. 08cv01185 (MGC)

## ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF WILLIAM D. COSTON

This matter having come before the Court on the motion for an order permitting William D. Coston, a partner at Venable LLP, to practice *pro hac vice* before the United States District Court for the Southern District of New York (the "Motion") to represent Gemmy Industries Corp. in this action and in all related matters:

IT IS HEREBY ORDERED that the Motion is hereby granted, and William D. Coston is hereby admitted *pro hac vice* before this Court to represent Gemmy Industries Corp. in this action and in all related matters.

Dated: New York, New York
        July ____, 2008

                                                      _____
                                                        MIRIAM G. CEDERBAUM, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2008 I caused the foregoing Motion for the *Pro Hac Vice* Admission of William D. Coston and the accompanying declaration to be sent by first-class mail to the following:

Celeste M. Butera
Stephen J. Smirti, Jr.
Pia E. Riverso
Rivkin Radler LLP
926 RexCorp Plaza
West Tower – 10th Floor
Uniondale, New York  11556

Bartholomew Verdirame
Tony V. Pezzano
Michael P. Dougherty
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

_____
Gregory W. Gilliam (GG2857)