UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/10

-----------------------------------------------------------X
CHRISHA CREATIONS LIMITED,

                        Plaintiff,

                        v.

GEMMY INDUSTRIES CORPORATION,

                        Defendant.
-----------------------------------------------------------X

Civil Action No. 08-01185 (MGC)

ECF Case

**JOINT STIPULATION OF DISMISSAL**

## JOINT STIPULATION OF DISMISSAL

Plaintiff Chrisha Creations, Ltd. and Defendant Gemmy Industries Corp., by and through undersigned counsel, hereby stipulate to the dismissal of all claims and counterclaims in the above-captioned action with prejudice and with each party to bear its own fees, costs, and expenses. Neither party acknowledges or admits any fault or liability in connection with the claims made in this action.

Respectfully submitted,

| RIVKIN RADLER LLP | VENABLE LLP |
|---|---|
| *Celeste M. Butera /JKP* | *[signature]* |
| Celeste M. Butera (CMB 5659) | William D. Coston (admitted pro hac vice) |
| 926 RexCorp Plaza | Martin L. Saad (admitted pro hac vice) |
| West Tower – 10th Floor | 575 7th Street, NW |
| Uniondale, NY 11556-0111 | Washington, DC 20004 |
| Phone: (516) 357-3000 | Phone: (202) 344-4000 |
| Fax: (516) 357-3333 | Fax: (202) 344-8300 |
| Attorneys for Plaintiff CHRISHA CREATIONS, LTD. | Attorneys for Defendant GEMMY INDUSTRIES CORP. |

SO ORDERED:

S/
_____
United States District Judge

Dated: January 4, 2010

Case Closed